**08 C 1250**

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN**

# EXHIBIT "A"

C p.5

## LIMITED POWER OF ATTORNEY

I, the homeowner, _____Eileen Trentz_____ residing in
                        Name of Taxpayer

_____Hammond_____ _____IN_____
              City      State

am/was the owner of the property __600 W 43rd St Chicago, IL 60609__

and was the Mortgagor for Federal Housing Administration Case Number __131-950899__

and I grant this limited power of attorney to _____Kensington Research and Recovery Inc._____
                                              Name of Party Granted Power of Attorney

at _____208 S LaSalle St #1702, Chicago, IL 60604_____
                        Address

my "attorney-in fact" to obtain records from the Department of Housing and Urban Development (including but not limited to form HUD-27050-B) and any mortgage companies, financial institutions, title companies, real estate management firms or other third party with relation to my FHA Case Number set forth above, and to do such acts as may be necessary or desirable to collect a refund on my behalf, including without limitation, complete and sign refund application and request forms.

*I certify that I have not already received a refund for the FHA Case Number listed above.*

*I certify that I was the legal owner of record at the time of mortgage insurance termination of the FHA insured property described above.*

I authorize the Department of Housing and Urban Development to make the refund check payable to the homeowner name above
I authorize the Housing and Urban Development to mail the check to the party given this limited power of attorney above, at that party's address
I understand that I have agreed to have the party given this limited power of attorney the authority to cash my check, withhold agreed percent as payment for services, and to immediately send a check to me for the remainder of the refund

Any powers not specifically mentioned herein shall not be given. This power of attorney can be revoked by me at any time upon written notice to my attorney-in-fact. In any event, it is revoked one year after the date hereon.

This formal power of attorney may only be modified in a separate writing signed by both parties.

IN WITNESS WHEREOF, I sign this Limited Power Of Attorney on ___12-19-06___
                                                                Date

X _Eileen Trentz_
   Eileen Trentz (signature)

On the date above written before me personally appeared __Eileen Trentz__, to me known to be the individual described in and who executed the foregoing limited power of attorney, and duly acknowledged to me that he/she executed the same.

Notary Public

EXHIBIT "A"