**08 C 1250**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT "B"

## William Livingston

| | |
|---|---|
| **From:** | William Livingston |
| **Sent:** | Friday, December 22, 2006 11:55 AM |
| **To:** | 'foia_hud@hud.gov' |
| **Subject:** | FOIA Request: Homeowner Eileen Trentz, Case # 131-950899 |
| **Attachments:** | TrentzLpa.pdf; Re: Homeowner Name: Eileen Trentz, Case #: 131-950899 |

To Whom It May Concern:

The refund department suggested we direct this request to HUD's FOIA department (see attached email response).

Attached is a limited power of attorney authorizing KRR to legally act on behalf of the homeowner Per the attached document, please send the HUD-27050-B form for Eileen Trentz (Case # 131-950899) to

Kensington Research & Recovery, Inc.
208 S LaSalle Street Suite 1702
Chicago, IL 60604

Forms may be sent via email, fax or mail.

Please respond as soon as possible and feel free to contact me if you have any questions.

Thank you,

William Livingston
**Kensington Research and Recovery**
208 S LaSalle St, Suite 1702
Chicago, IL 60604
Phone (312) 220-0009
Fax (312) 604-1966

EXHIBIT "B"

5/29/2007