**08 C 1250**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT "C"





**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

Office of Administration

April 30, 2007

Mr. William Livingston
Kensington Research and Recovery
208 S. LaSalle Street, Suite 1702
Chicago, IL 60604

RE: Freedom of Information Act Request
FOIA Control No.: FI-460001

Dear Mr. Livingston:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 22, 2006. In that request, you asked that the Department of Housing and Urban Development provide you with a form HUD-27050-B on behalf of Ms. Eileen Trentz.

When responding to a FOIA request, HUD searches for responsive documents existing up to the date the request is received in the Department's FOIA Office. Your request was received on December 26, 2006.

Please be advised that your request is being denied under FOIA Exemption 2. The release of this information would significantly risk circumvention of agency regulations or statutes or impede the effectiveness of an agency's law enforcement activities. It is HUD's policy to send forms HUD-27050-B only to homeowners. HUD does not send this form to third party tracers or anyone else because there is the possibility that the form could be misused. Approximately 25 percent of all refunds require a form HUD-27050-B because the information provided by the lender at the time of termination matches the information in HUD's automated system. However, if the information does not match, HUD will send a form HUD-27050-B to the homeowner at the address provided by the lender.

I am the official responsible for this determination based on information provided by the Department's Office of Housing. You may appeal this determination within 30 days from the date of this letter. Your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting your appeal. The envelope should be plainly marked to indicate that it contains a FOIA appeal. If you should decide to appeal, please send your appeal to:

U.S. Department of Housing and Urban Development
Freedom of Information Act Appeal
Assistant General Counsel for Procurement
  and Administrative Law
451 Seventh Street, SW, Room 10180
Washington, DC 20410-0500

Telephone: (202) 708-0622

www.hud.gov    espanol.hud.gov

EXHIBIT "C"



For your information, your FOIA request, including your identity and any information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, the Department does not release personal privacy information, such as home address, telephone number, or social security number, all of which are protected from disclosure under FOIA Exemption 6.

Thank you for your interest in the Department's policies and programs.

Sincerely,


Cynthia A. O'Connor
Executive Secretary