**08 C 1250**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

EXHIBIT "D"

# Kensington Research & Recovery, Inc.

C p.1

208 S LaSalle St #1702
Chicago, IL 60604
Phone (312) 220-0009
Fax (312) 604-1966

May 29, 2007

U.S. Department of Housing and Urban Development
Freedom of Information Act Appeal
Assistant General Counsel for Procurement
   and Administrative Law
451 Seventh Street, SW, Room 10180
Washington, DC 20410-0500

                                            RE:    Freedom of Information Act Request
                                                       FOIA Control No.: FI-460001

Dear [Title] [JC],

This letter is an appeal of the denial of FOIA request FI-460001 dated April 30, 2007. The denial letter states:

> Please be advised that your request is being denied under FOIA Exemption 2. The release of this information would significantly risk circumvention of agency regulations or statutes or impede the effectiveness of an agency's law enforcement activities. It is HUD's policy to send forms HUD-27050-B only to homeowners. HUD does not send this form to third-party tracers or anyone else because there is the possibility that the form could be misused.

FOIA Exemption 2, as listed on HUD's website, states exempt documents are documents that are, **"Related solely to the internal personnel rules and practices of the Department."**

Our request was for the HUD-27050-B on behalf of our client, Ms Eileen Trentz. This document does not solely contain the Department's internal personnel rules or the internal practices of the department. HUD-27050-B is a refund application for a HUD premium refund, which has information that extends beyond HUD's internal rules and practices. Therefore, exemption 2 is irrelevant to our request.

Though it is HUD's policy to send this form only to the homeowner, with our clients' Power of Attorney we legally stand in the footsteps of the homeowner and should be treated as such. Sending this form to a person/company with Power of Attorney from a homeowner is the same as sending it directly to the homeowner. Our request, accompanied by the Power of Attorney, is therefore in compliance with your internal policy.

Please honor the Power of Attorney and send us the HUD-27050-B form so we can effectuate a refund for Eileen Trentz.

Sincerely,

William Livingston
Representative
William.Livingston@Kensington-Research.com