**08 C 1250**

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN**

# EXHIBIT "F"

A p.1



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-3000

Office of Administration

October 31, 2007

Mr. William Livingston
Kensington Research & Recovery, Inc.
208 S. LaSalle Street, #1702
Chicago, IL 60604

                RE:   Freedom of Information Act Request
                       FOIA Control No.: FI-460001

Dear Mr. Livingston:

      This letter is in further response to your Freedom of Information Act (FOIA) request dated December 22, 2006. In your original request, you asked for a copy of Department of Housing and Urban Development's form number 27050-B, on behalf of your client, Eileen Trentz.

      By letter dated April 30, 2007, your request was denied, and you appealed. Your appeal was decided on October 11, 2007, and resulted in this matter being remanded to the FOIA Office for further processing.

      In HUD's initial response to your request, you were informed that your request was denied under FOIA Exemption 2. At that time, you were advised that it was the Department's policy only to send form HUD 27050-B to homeowners, due to potential misuse of the form.

      On remand, your request is again denied under Exemption 2 of the FOIA. Exemption 2 exempts from release documents, disclosure of which significantly risks circumvention of agency regulations or statutes. In this instance, the National Housing Act and implementing regulations require that unearned mortgage insurance premium charges paid by the mortgagor be refunded to the borrower. The Office of Housing's Disbursements and Customer Service Branch has established procedures, which, based on past experience, are designed to minimize fraud and ensure payment of these refunds to the borrower, in accordance with statute and regulation. Release of the form HUD 27050-B to third parties, in the determination of the Office of Housing, creates a significant risk that HUD regulations requiring refund of unearned premium will be circumvented. Release of the refund processing forms to third parties increases the risk that the forms will be completed by someone other than the borrower, and that third parties will claim to be authorized agents of HUD.

      I am the official responsible for this determination based on information provided by the Department's Office of Housing. You may appeal this determination within 30 days from the date of this letter. Your appeal should include copies of your original request and this response,

EXHIBIT "F"



2

as well as a discussion of the reasons supporting your appeal. The envelope should be plainly marked to indicate that it contains a FOIA appeal. If you should decide to appeal, please send your appeal to:

> U.S. Department of Housing
>   and Urban Development
> Freedom of Information Act Appeal
> Assistant General Counsel for
>   Procurement and Administrative Law
> 451 Seventh Street, SW, Room 10180
> Washington, DC  20410-0500
>
> Telephone: (202) 708-0622

For your information, your FOIA request, including your identity and any information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, the Department does not release personal privacy information, such as home address, telephone number, or social security number, all of which are protected from disclosure under FOIA Exemption 6.

Thank you for your interest in the Department's programs and policies.

Sincerely,

*Cynthia O'Connor*

Cynthia A. O'Connor
Executive Secretary