U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1250**

| In the Matter of | Case Number: |
|---|---|
| KENSINGTON RESEARCH & RECOVERY, INC. v. UNITED STATES OF AMERICA, DEPARTMENT OF HOUSING & URBAN DEVELOPMENT (HUD) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
KENSINGTON RESEARCH & RECOVERY, INC.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Raymond E. Rossi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Raymond E. Rossi |
| FIRM |
| Bishop, Rossi & LaForte, Ltd. |
| STREET ADDRESS |
| Two TransAm Plaza, Suite 200 |
| CITY/STATE/ZIP |
| Oakbrook Terrace, IL 60181 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 630.916.0123 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT