# United States District Court for the Northern District of Illinois

Case Number: 08cv1250                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00     ☐ $39.00     ☐ $5.00
                 ☐ IFP         ☐ No Fee     ☐ Other _____
                 ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____               Receipt #: _____

Date Payment Rec'd: _____              Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __0__ copies on __3-4-08__ as to __u.s. attny general;__
                                   (Date)
__dept. of housing and urban development; u. s. attny patrick fitzgerald__
_____