UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENSINGTON RESEARCH & RECOVERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1250 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Gottschall |
| DEPARTMENT OF HOUSING AND | ) | |
| URBAN DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, move this court for an extension of time to May 8, 2008 to answer or otherwise plead to the complaint, and in support state as follows:

1. Plaintiff has filed a complaint for declaratory and injunctive relief against defendants under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.*

2. Responses to FOIA complaints are due thirty days from service upon the United States. 5 U.S.C. § 552(a)(4)(C).

3. Although the Office of the United States received a copy of the summons and complaint on or about March 10, 2008, it is unclear whether the Attorney General in Washington, D.C. has been served. Nevertheless, it appears that the thirty-day time period to answer or otherwise plead ran on April 9, 2008.

4. Defendant requests a short extension of time to May 8, 2008 to answer the complaint, as undersigned counsel has not yet received material from the defendant agency which is necessary in order to fully answer the complaint.

5.      The short extension of time sought is also consistent with the 60-day response deadline set forth in the summons.  Plaintiff will not be prejudiced should the court grant defendants' motion.

WHEREFORE, defendants move the court for leave to file the answer by May 8, 2008.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov