UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENSINGTON RESEARCH & RECOVERY, ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) DEPARTMENT OF HOUSING AND ) URBAN DEVELOPMENT, ) ) Defendants. ) | No. 08 C 1250 Judge Gottschall |

## NOTICE OF MOTION

To:   Raymond E. Rossi
      Bishop, Rossi & Scarlati, Ltd.
      Two TransAm Plaza
      Suite 200
      Oakbrook Terrace, IL 60181

PLEASE TAKE NOTICE that on Thursday, April 17, 2008 at 9:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Gottschall in the courtroom occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**Defendants' Motion for Extension of Time to Answer or Otherwise Plead to the Complaint**

in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov