State of Illinois      )
                       )  SS
County of Cook         )

### VERIFICATION

_Michael A. Berise_, being first duly sworn on oath deposes and states that _he_ is the _Attorney Advisor assigned to this case_ of the Department of Housing and Urban Development, and has read the foregoing Answer to the Complaint and that the same is true and correct to best of _his_ information and belief.

_Michael A. Berise_

SUBSCRIBED AND SWORN TO
before me this 8th day of
May 2008

_Linda Bell_
Notary Public

OFFICIAL SEAL
LINDA BELL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/11/09

_Notary Public_