**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kensington Research & Recovery, Inc.
                                          Plaintiff,

v.                                        Case No.: 1:08−cv−01250
                                          Honorable Joan B. Gottschall

United States of America, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

    MINUTE entry before Judge Honorable Joan B. Gottschall:Status hearing held on 5/14/2008. ( Discovery ordered closed by 9/11/2008. Dispositive motions with supporting memoranda due by 10/30/2008. Responses due by 11/28/2008. Replies due by 12/12/2008. Ruling by mail. ) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.