UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENSINGTON RESEARCH & RECOVERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1250 |
| | ) | |
| UNITED STATES OF AMERICA and | ) | Judge Gottschall |
| DEPARTMENT OF HOUSING AND | ) | |
| URBAN DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants United States and U.S. Department of Housing and Urban Development move for entry of a protective order pursuant to Fed. R. Civ. P. 26(b)(2)(C) staying discovery until after they have filed a motion for summary judgment. In support of the motion, defendants submit herewith a memorandum of law.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Ernest Y. Ling
        ERNEST Y. LING
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5870
        ernest.ling@usdoj.gov