UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENSINGTON RESEARCH & RECOVERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1250 |
| | ) | |
| UNITED STATES OF AMERICA and | ) | Judge Gottschall |
| DEPARTMENT OF HOUSING AND | ) | |
| URBAN DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Raymond E. Rossi
    Bishop, Rossi & Scarlati, Ltd.
    Two TransAm Plaza
    Suite 200
    Oakbrook Terrace, IL 60181

   PLEASE TAKE NOTICE that on Thursday, July 24, 2008 at 9:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Gottschall in the courtroom occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

   **Defendants' Motion for Protective Order**

in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/Ernest Y. Ling
           ERNEST Y. LING
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5870
           ernest.ling@usdoj.gov