## Ray Rossi

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Thursday, May 15, 2008 12:59 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:08-cv-01250 Kensington Research & Recovery, Inc. et al v. United States of America status hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3

### Notice of Electronic Filing

The following transaction was entered on 5/15/2008 at 12:58 PM CDT and filed on 5/14/2008
**Case Name:**      Kensington Research & Recovery, Inc. et al v. United States of America
**Case Number:**    1:08-cv-1250
**Filer:**
**Document Number:** 11

Docket Text:
**MINUTE entry before Judge Honorable Joan B. Gottschall:Status hearing held on 5/14/2008. ( Discovery ordered closed by 9/11/2008. Dispositive motions with supporting memoranda due by 10/30/2008. Responses due by 11/28/2008. Replies due by 12/12/2008. Ruling by mail. ) Mailed notice (rj, )**

**1:08-cv-1250 Notice has been electronically mailed to:**

Raymond E. Rossi     rrossi@bishoprossi.com

Ernest Yi Ling
ernest.ling@usdoj.gov,usailn.ecfausa@usdoj.gov,craig.oswald@usdoj.gov,ramona.mccarthy@usdoj.gov

AUSA     usailn.ecfausa@usdoj.gov

**1:08-cv-1250 Notice has been delivered by other means to:**

EXHIBIT "A"

7/7/2008