UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENSINGTON RESEARCH & RECOVERY INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. No. 08 C 1250 ) |
| UNITED STATES OF AMERICA, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), | ) Judge Gottschall ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S FIRST SET OF
INTERROGATORIES TO DEFENDANT**

To:   Patrick J. Fitzgerald
      United States Attorney
      Attn: Ernest Y. Ling, Assistant
        United States Attorney
      219 South Dearborn Street
      Chicago, IL 60604

Plaintiff, Kensington Research & Recovery, Inc., ("Kensington"), by and through its attorneys, Bishop, Rossi & LaForte, Ltd., propounds the following First Set of Interrogatories to be answered under oath by Defendant, United States of America, Department of Housing and Urban Development ("HUD"), within thirty (30) days pursuant to FRCP, Rule 33, as follows:

**DEFINITIONS AND INSTRUCTIONS**

A.   As used herein, the following words shall have the meanings indicated:

1.   The word "document" includes any written, printed, typed, photographed or other demonstrative material, however produced or reproduced, of any kind or description, whether sent

or received, including originals, non-identical copies and drafts and both sides thereof, and including, but not limited to, papers, books, letters, correspondence, telegrams, bulletins, notices, announcements, charts, manuals, brochures, schedules, memoranda, notes, reports, studies, surveys, work papers, transcripts, minutes, evaluations, analyses, summaries, records and recordings of telephone or other conversations, statements, contracts, agreements, journals, statistical records, desk printouts, data processing input or output and all other records kept by electronic, photographic or mechanical means, and things similar to the foregoing, however denominated by Defendant, in the possession, custody or control of Defendant or of which Defendant has knowledge.

2.  The word "Communication" includes all written and oral communications, direct or indirect, and by any means.

3.  The word "identify" means:

(a)  With respect to a person, state his or her full name, present address, employment or business affiliation, position, business address and, if acting for another, the identity of the person or entity for which he or she acted.

(b)  With respect to a corporation, partnership or other entity, state its current name, address, domicile, date and place of incorporation (if applicable), principal place of business and identify its principal officers and shareholders (holding 10% or more of its capital stock).

(c)  With respect to a communication, set forth the date thereof, and state whether said communication was oral or in writing. If oral, identify each party and witness thereto, the place where such communication was made (or means, if by telephone, the places from which and to which the call was made), set forth in words or in substance what each party said to the other and identify each document concerning said communication. If the communication was written, identify

same (in accordance with instructions regarding identification of documents) and identify each other document concerning same.

(d) With respect to a document, set forth the date thereof, identify each author and signatory thereof, set forth the title (if any), the number of pages, the substance thereof, and state the present location and identify the custodian of the original and all copies thereof.

4. The word "you" includes HUD, or any other person or entity acting under the control or supervision of or in concert or association with HUD.

5. The word "or" means "and/or".

6. The word "concerning" includes referring to, responding to, relating to, connected with, regarding, discussing, analyzing, showing, describing, reflecting, implying and constituting.

B. Whenever asked in these Interrogatories to "state", "explain", or "set forth" a fact, event, or allegations, you are to do so in detail, giving dates, places, amounts, reasons therefore, and identifying (in accordance with Definition A(3) above) all relevant persons and documents.

C. Whenever appropriate in these Interrogatories, the singular form shall be interpreted as plural and vice-versa and the present tense includes the past tense and vice-versa.

D. Unless otherwise specifically set forth in the following interrogatories, all questions are related to the time period from January 1, 2005 to the present, unless otherwise noted.

## INTERROGATORIES

1. Identify the person answering these Interrogatories in accordance with the definition of "identify" as expressed hereinabove.

ANSWER:

2. Identify all witnesses.

ANSWER:

3. Identify all persons who have knowledge of the matters contained in your Answer.

ANSWER:

4. Identify all instances in which HUD has allowed a third party requestor to receive a completed HUD-27050-B Form, and in so identifying, state the circumstances upon which such third party requestor is allowed access to the form.

ANSWER:

5. Identify all instances in which HUD has denied a third party requestor's request to receive a completed HUD-27050-B Form, and in so identifying, state the circumstances upon which such third party requestor is denied access to the form.

ANSWER:

6. Does HUD have any approved power of attorney forms? If so, pursuant to FRCP 33(d), please attach a copy.

ANSWER:

7. Under what circumstances may a third party requestor receive a copy of a completed HUD-27050-B Form?

ANSWER:

8. Please provide any change in policy by HUD over the past ten years with regards to "HUD's policy to send Forms HUD-27050-B only to homeowners..." as expressed in HUD's letter dated April 30, 2007.

ANSWER:

9. Please provide any interpretations of the policy of HUD to send Forms HUD-27050-B only to homeowners.

ANSWER:

10. Identify any internal written interpretations of HUD's policy to send Forms HUD-27050-B only to homeowners.

ANSWER:

11. Identify any deviations from HUD's policy to send Forms HUD-27050-B only to homeowners.

ANSWER:

12. Does HUD prohibit third party requestors with valid executed powers of attorney completed from the homeowner from receiving HUD information other than Form HUD-27050-B?

ANSWER:

13. If the Answer to the preceding Interrogatory was yes, identify such instances in which third party requestors are also prohibited from receiving information from HUD?

ANSWER:

14. Identify all documents in support of your second defense as stated in your Answer.

ANSWER:

15. Identify all documents in support of your fourth defense as stated in your Answer.

ANSWER:

16. Identify all documents in support of your fifth defense as stated in your Answer.

ANSWER:

KENSINGTON RESEARCH & RECOVERY INC.

By: _____
Raymond E. Rossi, one of its attorneys

Raymond E. Rossi, ARDC #3128164
George F. LaForte, Jr., ARDC #6231063
BISHOP, ROSSI & LAFORTE, LTD.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL 60181
630.916.0123

STATE OF ILLINOIS        )
                                  ) SS.
COUNTY OF DU PAGE  )

## PROOF OF MAILING

I, Suzanne Pugh, a non-attorney, on oath state that I served the forgoing First Set of Interrogatories to Defendant this 23rd day of May, 2008, by placing same in the U.S. Mail receptacle at Two TransAm Plaza, Oakbrook Terrace, Illinois, postage prepaid, before the hour of 5:00 p.m. addressed to the attorney listed on page 1 of these Interrogatories.

_____
                     Suzanne Pugh

Subscribed and sworn to before me
this 23rd day of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
ELIZABETH ANN RHEIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/15/2009