UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENSINGTON RESEARCH & RECOVERY INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. No. 08 C 1250

Judge Gottschall

### PLAINTIFF'S FIRST REQUEST FOR
### PRODUCTION OF DOCUMENTS TO DEFENDANT

To: Patrick J. Fitzgerald
United States Attorney
Attn: Ernest Y. Ling, Assistant
 United States Attorney
219 South Dearborn Street
Chicago, IL 60604

Plaintiff, Kensington Research & Recovery, Inc., ("Kensington"), by and through its attorneys, Bishop, Rossi & LaForte, Ltd., propounds the following First Request for Production of Documents to Defendant, United States of America, Department of Housing and Urban Development ("HUD"), for response within thirty (30) days pursuant to FRCP, Rule 34, as follows:

1. Documents in response to Interrogatory No. 4.

RESPONSE:

EXHIBIT "C"

2. Documents in response to Interrogatory No. 5.

RESPONSE:

3. Documents in response to Interrogatory Nos. 8 and 9.

RESPONSE:

4. Documents in response to Interrogatory No. 10.

RESPONSE:

5. Documents in response to Interrogatory No. 11.

RESPONSE:

6. Documents in response to Interrogatory Nos. 14-16.

RESPONSE:

KENSINGTON RESEARCH & RECOVERY INC.

By: _____
Raymond E. Rossi, one of its attorneys

Raymond E. Rossi, ARDC #3128164
George F. LaForte, Jr., ARDC #6231063
BISHOP, ROSSI & LAFORTE, LTD.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL  60181
630.916.0123

STATE OF ILLINOIS )
) SS.
COUNTY OF DU PAGE )

### PROOF OF MAILING

I, Suzanne Pugh, a non-attorney, on oath state that I served the forgoing First Request for Production of Documents to Defendant this 23rd day of May, 2008, by placing same in the U.S. Mail receptacle at Two TransAm Plaza, Oakbrook Terrace, Illinois, postage prepaid, before the hour of 5:00 p.m. addressed to the attorney listed on page 1 of these Interrogatories.

*[signature: Suzanne Pugh]*

Subscribed and sworn to before
me this 23rd day of May, 2008.

*[signature: Elizabeth Ann Rhein]*
Notary Public

"OFFICIAL SEAL"
ELIZABETH ANN RHEIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/15/2009