**BISHOP, ROSSI & LAFORTE, LTD.**

ATTORNEYS & COUNSELORS AT LAW

TWO TRANSAM PLAZA
SUITE 200
OAKBROOK TERRACE, ILLINOIS 60181
TELEPHONE 630/916-0123 • FACSIMILE 630/916-0567

July 7, 2008

Mr. Ernest Y. Ling
Assistant U.S. Attorney, Suite 500
219 South Dearborn Street
Chicago, IL 60604

BY EMAIL TO ernest.ling@usdoj.gov AND BY FIRST CLASS U.S. MAIL

Re: Kensington v. United States of America Department of HUD
    U. S. District Court Case No. 08 CV 1250

Dear Mr. Ling:

We write concerning the outstanding discovery owed to Plaintiff Kensington from you. We reviewed the cases that you cited in support of your asserted right not to answer our written discovery, but find the cases unpersuasive and continue to assert that our written discovery should be answered.

As you know, on May 23, 2008, we sent you our First Set of Interrogatories and First Request for Production of Documents. To date, no response has been received. On May 14, 2008, a status hearing was held before the Honorable Joan Gottschall, at which time we both represented that there was some limited discovery to be taken. As a result, a minute order was entered closing discovery on September 11, 2008, with dispositive motions and supporting memoranda due by October 30, 2008.

We cannot agree that discovery should not be undertaken. The discovery requested is not intensive or overly burdensome and relates to the issues of the instant case. We have also been quite prompt in sending our written discovery to you. Although district courts have broad discretion in matters relating to discovery, we cannot see that the Court would restrict our right to the discovery we have propounded. The purpose of discovery under the Federal Rules of Civil Procedure is to provide a mechanism for making relevant information available to litigants. Mutual knowledge of all the relevant facts gathered by both parties is essential to proper litigation. The discovery would also further the objective to avoid surprise and the possible miscarriage of justice. In summary, our

**BISHOP, ROSSI & LAFORTE, LTD.**

Mr. Ernest Y. Ling<br>
July 7, 2008<br>
page two

limited written discovery requests are both reasonable and timely and your prompt response is requested.

If you would like to discuss this matter further, please telephone. In the event this matter is not resolved within the next seven (7) days, we must seek compliance through the Court via a motion to compel.

                                  Very truly yours,

                                  BISHOP, ROSSI & LAFORTE, LTD.

                                  Raymond E. Rossi

RER/sp