UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENSINGTON RESEARCH & RECOVERY INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 CV 1250 ) ) ) ) ) ) ) |

**NOTICE OF FILING**

To: Patrick J. Fitzgerald, U.S. Attorney
Attn: Ernest Y. Ling, Assistant U.S. Attorney
219 S. Dearborn Street
Chicago, IL 60604

Please take notice that on the 18th day of July, 200, we caused Plaintiff's Response Memorandum in Opposition to Defendant's Motion for Protective Order, a copy of which is attached hereto, to be filed with the Clerk of the U.S. District for the Northern District of Illinois, East Division at Chicago.

/s/ Raymond E. Rossi
One of Plaintiff's attorneys
Bishop, Rossi & LaForte, Ltd.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL 60181
630.916.0123
Attorney No. 3128164

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, on behalf of the Plaintiff, I electronically filed Plaintiff's Response Memorandum in Opposition to Defendant's Motion for Protective Order using the CM/ECF system which will send notice of such filing to Ernest Y. Ling at ernest.ling@usdoj.gov.

/s/ Raymond E. Rossi